**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **Patricia Eagan, on behalf of herself and all others similarly situated,**<br><div align="right">*Plaintiff*</div>**v.**<br>**Oracle Corporation,**<br><div align="right">*Defendant*</div> | **Case No. 1:25-cv-01805-ADA-SH** |
| **Adriana M. Brown, on behalf of herself and all others similarly situated,**<br><div align="right">*Plaintiff*</div>**v.**<br>**GlobalLogic, Inc. and Oracle Corporation,**<br><div align="right">*Defendants*</div> | **Case No. 1:25-cv-01824-ADA-SH** |
| **Ashley Sainvil, on behalf of herself and all others similarly situated,**<br><div align="right">*Plaintiff*</div>**v.**<br>**GlobalLogic, Inc. and Oracle Corporation,**<br><div align="right">*Defendants*</div> | **Case No. 1:25-cv-01854-ADA-SH** |
| **Yerina Hernandez, on behalf of herself and all others similarly situated,**<br><div align="right">*Plaintiff*</div>**v.**<br>**Envoy Air Inc. and Oracle Corporation,**<br><div align="right">*Defendants*</div> | **Case No. 1:25-cv-01862-ADA-SH** |

| | |
|---|---|
| **Danielle Gomez, on behalf of herself and all others similarly situated,**<br>                                         *Plaintiff*<br><br>**v.**<br><br>**LKQ Corporation and Oracle Corporation,**<br>                          *Defendants* | **Case No. 1:25-cv-01864-ADA-SH** |
| **Bradlee Wilson, on behalf of herself and all others similarly situated,**<br>                                         *Plaintiff*<br>**v.**<br><br>**David Yurman Enterprises, LLC and Oracle Corporation,**<br>                              *Defendants* | **Case No. 1:25-cv-01865-ADA-SH** |
| **Michael Garza, on behalf of himself and all others similarly situated,**<br>                                         *Plaintiff*<br>**v.**<br><br>**Mastec, Inc. and Oracle Corporation,**<br>                          *Defendants* | **Case No. 1:25-cv-01866-ADA-SH** |
| **Lisa Magnusson, on behalf of herself and all others similarly situated,**<br>                                         *Plaintiff*<br>**v.**<br><br>**GlobalLogic Inc. and Oracle Corporation,**<br>                          *Defendants* | **Case No. 1:25-cv-01868-ADA-SH** |

| | |
|---|---|
| **Daniel Huntley, individually and on behalf of all others similarly situated,**<br>                    *Plaintiff*<br>**v.**<br>**Trimble, Inc. and Oracle Corporation,**<br>                    *Defendants* | **Case No. 1:25-cv-01871-ADA-SH** |
| **Mary Jo Baril, et al.,**<br>                    *Plaintiffs*<br>**v.**<br>**Oracle Corporation, et al.,**<br>                    *Defendants* | **Case No. 1:25-cv-01873-ADA-SH** |
| **Justin Dalton,**<br>                    *Plaintiff*<br>**v.**<br>**Rheem Manufacturing Company and Oracle Corporation,**<br>                    *Defendants* | **Case No. 1:25-cv-01893-ADA-SH** |
| **Amber R. Woodson, individually and on behalf of all others similarly situated, et al.,**<br>                    *Plaintiffs*<br>**v.**<br>**Oracle Corporation, et al.,**<br>                    *Defendants* | **Case No. 1:25-cv-01902-ADA-SH** |

| | |
|---|---|
| **Mark Peterson, individually and on behalf of all others similarly situated,**<br>                                         *Plaintiff*<br>**v.**<br><br>**The University of Phoenix and Oracle Corporation,**<br>                                         *Defendants* | **Case No. 1:25-cv-01915-ADA-SH** |
| **Renae Shike, individually and on behalf of all others similarly situated,**<br>                                         *Plaintiff*<br>**v.**<br><br>**Oracle Corporation and Abbott Laboratories,**<br>                                         *Defendants* | **Case No. 1:25-cv-01916-ADA-SH** |
| **Robert Hightower, individually and on behalf of all others similarly situated,**<br>                                         *Plaintiff*<br>**v.**<br><br>**Trimble, Inc. and Oracle Corporation,**<br>                                         *Defendants* | **Case No. 1:25-cv-01921-ADA-SH** |
| **Allan LaMere, individually and on behalf of all others similarly situated, et al.,**<br>                                         *Plaintiffs*<br>**v.**<br><br>**Oracle Corporation, et al.,**<br>                                         *Defendants* | **Case No. 1:25-cv-01923-ADA-SH** |

| | |
|---|---|
| **James Nance, individually and on behalf of all others similarly situated,** <br> *Plaintiff* <br> **v.** <br> **Oracle Corporation and WP Company LLC,** <br> *Defendants* | **Case No. 1:25-cv-01924-ADA-SH** |
| **Eric King,** <br> *Plaintiff* <br> **v.** <br> **Oracle Corporation and Integra LifeSciences Holding Corporation,** <br> *Defendants* | **Case No. 1:25-cv-01925-ADA-SH** |
| **Jake Peterson on behalf of himself and all others similarly situated,** <br> *Plaintiff* <br> **v.** <br> **Trimble Inc. and Oracle Corporation,** <br> *Defendants* | **Case No. 1:25-cv-01927-ADA-SH** |
| **Ivonne Valdes, individually and on behalf of all others similarly situated,** <br> *Plaintiff* <br> **v.** <br> **Oracle Corporation and Schneider Electric USA, Inc.,** <br> *Defendants* | **Case No. 1:25-cv-01928-ADA-SH** |

| | |
|---|---|
| **Annette Barnes, individually and on behalf of all others similarly situated,**<br>*Plaintiff*<br>**v.**<br><br>**Oracle Corporation and Cox Enterprises,**<br>*Defendants* | **Case No. 1:25-cv-01935-ADA-SH** |
| **Tonique Proctor, individually and on behalf of all others similarly situated, et al.,**<br>*Plaintiffs*<br>**v.**<br><br>**Oracle Corporation,**<br>*Defendant* | **Case No. 1:25-cv-01939-ADA-SH** |
| **Carol Smouse, individually and on behalf of all others similarly situated,**<br>*Plaintiff*<br>**v.**<br><br>**Canon U.S.A., Inc. and Oracle Corporation,**<br>*Defendants* | **Case No. 1:25-cv-01952-ADA-SH** |
| **Andrew Torrente, individually and on behalf of all others similarly situated,**<br>*Plaintiff*<br>**v.**<br><br>**Oracle Corporation and Schneider Electric USA,**<br>*Defendants* | **Case No. 1:25-cv-01960-ADA-SH** |

| | |
|---|---|
| **Cynthia Smith, individually and on behalf of all others similarly situated, et al.,**<br>                         *Plaintiffs*<br>**v.**<br><br>**Oracle, Corp., et al.,**<br>                         *Defendants* | **Case No. 1:25-cv-01964-ADA-SH** |
| **Sarah Brumwell, individually and on behalf of all others similarly situated, et al.,**<br>                         *Plaintiffs*<br>**v.**<br><br>**Oracle Corporation, et al.,**<br>                         *Defendants* | **Case No. 1:25-cv-01980-ADA-SH** |
| **Linda Curlee, individually and on behalf of all others similarly situated,**<br>                         *Plaintiff*<br>**v.**<br><br>**Oracle Corporation and University of Phoenix, Inc.,**<br>                         *Defendants* | **Case No. 1:25-cv-01999-ADA-SH** |
| **Patty Blount, individually and on behalf of all others similarly situated,**<br>                         *Plaintiff*<br>**v.**<br><br>**Oracle Corporation and Canon U.S.A., Inc.,**<br>                         *Defendants* | **Case No. 1:25-cv-02003-ADA-SH** |

| | |
|---|---|
| **Cindy Volsky, individually and on behalf of all others similarly situated,**<br>                              *Plaintiff*<br>**v.**<br><br>**Oracle Corporation and Humana Inc.,**<br>                              *Defendants* | **Case No. 1:25-cv-02004-ADA-SH** |
| **Bruce Bennett, individually and on behalf of all others similarly situated,**<br>                              *Plaintiff*<br>**v.**<br><br>**Oracle Corporation, et al.,**<br>                              *Defendants* | **Case No. 1:25-cv-02006-ADA-SH** |
| **Khianna Parks, on behalf of herself and all others similarly situated,**<br>                              *Plaintiff*<br>**v.**<br><br>**Envoy Air Inc. and Oracle Corporation,**<br>                              *Defendants* | **Case No. 1:25-cv-02034-ADA-SH** |
| **Christopher Andrew Daly, III, on behalf of themselves and all others similarly situated, et al.,**<br>                              *Plaintiffs*<br>**v.**<br><br>**Oracle Corporation, et al.,**<br>                              *Defendants* | **Case No. 1:25-cv-02039-ADA-SH** |

| | |
|---|---|
| **Yammarii Long, individually and on behalf of all others similarly situated, et al.,** *Plaintiffs* **v.** **Oracle Corporation, et al.,** *Defendants* | **Case No. 1:25-cv-02072-ADA-SH** |
| **Lasha Vample, individually and on behalf of all others similarly situated,** *Plaintiff* **v.** **Oracle Corporation, Inc., et al.,** *Defendants* | **Case No. 1:25-cv-02078-ADA-SH** |

## ORDER

Now before the Court are Plaintiffs' Amended Unopposed Motion to Consolidate Actions and Appoint Interim Class Counsel, filed December 19, 2025 (Dkt. 23), and Defendant Oracle Corporation's Response, filed December 22, 2025 (Dkt. 24).[1] Oracle does not oppose consolidating these actions for all pretrial purposes, but opposes consolidation for trial at this time.

Finding good cause therefor, the Court **GRANTS IN PART and DENIES IN PART** Plaintiffs' Amended Unopposed Motion to Consolidate Actions and Appoint Interim Class Counsel (Dkt. 23). The Court **DENIES** without prejudice Plaintiffs' motion to consolidate these actions for trial, **GRANTS** as unopposed all other relief requested in Plaintiffs' motion, and **ORDERS**:

---

[1] The District Court referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges (Dkt. 3).

1.  The above-captioned matters shall be consolidated for all pretrial proceedings pursuant to Rule 42(a) into *Eagan v. Oracle Corporation*, Case No. 1:25-cv-01805-ADA-SH, under the new style *In re Oracle Corporation Data Breach Litigation* ("Consolidated Action") before this Court.

2.  The Clerk of Court shall administratively close the following Related Actions and transfer all documents already docketed in these Related Actions into the Consolidated Action:

1.  *Brown v. GlobalLogic Inc., et al.*, Case No. 1:25-cv-01824-ADA-SH

2.  *Sainvil v. GlobalLogic Inc., et al.*, Case No. 1:25-cv-01854-ADA-SH

3.  *Hernandez v. Envoy Air Inc., et al.*, Case No. 1:25-cv-01862-ADA-SH

4.  *Gomez v. LKQ Corporation, et al.*, Case No. 1:25-cv01864-ADA-SH

5.  *Wilson v. David Yurman Enterprises, LLC et al.*, Case No. 1:25-cv-01865-ADA-SH

6.  *Garza v. Mastec, Inc., et al.,* Case No. 1:25-cv-01866-ADA-SH

7.  *Magnusson v. GlobalLogic Inc., et al.*, Case No. 1:25-cv-01868-ADA-SH

8.  *Huntley v. Trimble, Inc., et al.*, Case No. 1:25-cv-01871- ADA-SH,

9.  *Baril, et al. v. Oracle Corporation, et al.*, Case No. 1:25-cv-01873-ADA-SH

10. *Dalton v. Rheem Manufacturing Company, et al.*, Case No. 1:25-cv-01893-ADA-SH

11. *Woodson, et al v. Oracle Corporation, et al.*, Case No. 1:25-cv-01902-ADA-SH

12. *Peterson v. The University of Phoenix, Inc., et al.*, Case No. 1:25-cv-01915-ADA-SH

13. *Shike v. Oracle Corporation, et al.*, Case No. 1:25-cv01916-ADA-SH

14. *Hightower v. Trimble, Inc., et al.*, Case No. 1:25-cv-01921

15. *LaMere, et al., v. Oracle Corporation, et al.*, Case No. 1:25-cv-01923

16. *Nance v. Oracle Corporation, et al.*, Case No. 1:25-cv-01924

17. *King v. Oracle Corporation, et al.*, Case No. 1:25-cv-01925

18. *Peterson v. Trimble, et al.*, Case No. 1:25-cv 01927

19. *Valdes v. Oracle Corporation, et al.*, Case No. 1:25-cv-01928

20. *Barnes v. Oracle Corporation, et al.*, Case No. 1:25-cv-01935

21. *Proctor, et al. v. Oracle Corporation*, Case No. 1:25-cv-1939

22. *Smouse v. Canon USA, et al.*, Case No. 1:25-cv-01952

23. *Torrente, v. Oracle Corporation, et al.*, Case No. 1:25-cv-01960

24. *Smith, et al. v. Oracle Corporation, et al.*, Case No. 1:25-cv-01964

25. *Brumwell, et al. v. Oracle Corporation, et al.*, Case No. 1:25-cv-1980

26. *Curlee v. The University of Phoenix, et al.*, Case No. 1:25-cv-01999

27. *Blount v. Oracle Corporation, et al.*, Case No. 1:25-cv-02003

28. *Volsky v. Oracle Corporation, et al.*, Case No. 1:25-cv-02004

29. *Bennett v. Oracle Corporation, et al.*, Case No. 1:25-cv-02006

30. *Parks v. Envoy Air Inc., et al.*, Case No. 1:125-cv-02034

31. *Daly, et al. v. Oracle Corporation, et al.*, Case No. 1:25-cv-02039

32. *Long, et al. v. Oracle Corporation, et al.*, Case No. 1:25-cv-02072

33. *Vample v. Oracle Corporation, et al.*, Case No. 1:25-cv-02078

3. All papers filed in the Consolidated Action shall be filed under the lead case number 1:25-cv-01805-ADA-SH, the number assigned to the first-filed case, *Eagan*, and shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| IN RE ORACLE CORPORATION DATA BREACH LITIGATION<br><br>This Document Relates To: | Master File No. 1:25-cv-01805-ADA-SH |
|---|---|

4. The case file for the Consolidated Action will be maintained under Master File No. 1:25-cv-01805-ADA-SH. When a pleading is intended to apply to all Actions to which this Order applies, the words "ALL ACTIONS" shall appear immediately after the words "This Document

Relates To:" in the caption. When a pleading is not intended to apply to all Actions, the docket number for each individual Action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words: "This Document Relates To:" in the caption (*e.g.*, "No. 1:25-cv-01805-ADA-SH").

5. All papers previously filed and served to date in the Related Actions are deemed part of the record in the Consolidated Action.

6. Pursuant to FED. R. CIV. P. 23(g), the Court hereby appoints Mark Lanier of the Lanier Law Firm, Gary Klinger of Milberg, PLLC, and Jeff Ostrow of Kopelowitz Ostrow P.A. as Interim Co-Lead Class Counsel and Joe Kendall of Kendall Law Group, PLLC as Interim Liaison Counsel to act on behalf of the Plaintiffs and the class members in the Consolidated Action, with the responsibilities set forth below:

    a. Coordinating the work of preparing and presenting all of Plaintiffs' claims and otherwise coordinating all proceedings, including organizing and supervising the efforts of Plaintiffs' counsel in a manner to ensure that Plaintiffs' pretrial preparation is conducted effectively, efficiently, expeditiously, and economically;

    b. Delegating work responsibilities and monitoring the activities of all Plaintiffs' counsel in a manner to promote the orderly and efficient conduct of this litigation and to avoid unnecessary duplication and expense;

    c. Calling meetings of Plaintiffs' counsel for any appropriate purpose, including coordinating responses to questions of other parties or of the Court, and initiating proposals, suggestions, schedules, and any other appropriate matters;

    d. Determining (after consultation with other co-counsel as may be appropriate) and presenting (in briefs, oral argument, or such other fashion as he or his designee may

deem appropriate) to the Court and opposing parties the position of the Plaintiffs on all matters arising during pretrial (and, if appropriate, trial) proceedings;

e. Serving as the primary contact for all communications between Plaintiffs and Defendant, and acting as spokespersons for all Plaintiffs vis-à-vis Defendant and the Court;

f. Directing and executing on behalf of Plaintiffs the filing of pleadings and other documents with the Court;

g. Appearing at all court hearings and conferences regarding the case as most appropriate for effective and efficient representation, and speaking for Plaintiffs at all such hearings and conferences;

h. Receiving and initiating communication with the Court and the Clerk of the Court (including receiving orders, notices, correspondence, and telephone calls) and dispensing the content of such communications among Plaintiffs' counsel;

i. Initiating and conducting discussions and negotiations with counsel for Defendant on all matters, including settlement;

j. Negotiating and entering into stipulations with opposing counsel as necessary for the conduct of the litigation;

k. Initiating, coordinating, and conducting all discovery on Plaintiffs' behalf and ensuring its efficiency;

l. Selecting, consulting with, and employing experts for Plaintiffs, as necessary;

m. Encouraging and enforcing efficiency among all Plaintiffs' counsel;

n. Assessing Plaintiffs' counsel for the costs of the litigation;

    o.  Preparing and distributing periodic status reports to the Court and to the parties as ordered;

    p.  Developing and recommending for Court approval practices and procedures pertaining to attorneys' fees and expenses as further detailed below and, on an ongoing basis, monitoring and administering such procedures. At such time as may be appropriate, Co-Lead Counsel also will recommend apportionment and allocation of fees and expenses subject to Court approval; and

    q.  Performing such other duties as are necessary in connection with the prosecution of this litigation or as may be further directed by the Court.

7.  Any additional plaintiffs' counsel will do all work in this litigation only at the direction of Interim Co-Lead Class Counsel. No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any Plaintiff except through Interim Co-Lead Class Counsel and no other Plaintiffs' counsel or firm shall be authorized to perform any work in the case without the express authorization of Interim Co-Lead Class Counsel.

8.  Interim Co-Lead Class Counsel shall have sole authority to communicate with Defendants' counsel and the Court on behalf of any Plaintiff unless that authority is expressly delegated to other counsel. Defendants' counsel may rely on all agreements made with Interim CoLead Class Counsel, and such agreements shall be binding on all other Plaintiffs' counsel.

9.  The Court further appoints an Executive Committee consisting of James Pizzirusso of Hausfeld LLP (to work as Settlement Counsel in coordination with Lead Counsel); Tom Loeser of Cotchett, Pitre & McCarthy LLP; Raina Borrelli of Strauss Borelli PLLC; Leigh Montgomery of EKSM, LLP; Gerard Stranch of Stranch, Jennings & Garvey, PLLC; Lynn Toops of Cohen Malad, LLP; William B. Federman of Federman & Sherwood; David Lawrence of Rigby Slack

PLLC; Scott Falgoust of Bryson Harris Suciu Demay PLLC; Paul Doolittle of Poulin Willey Anastopoulo, LLC; and Sabita J. Soneji of Tycko & Zavareei LLP. The Executive Committee shall conduct all work as assigned or delegated by Interim Co-Lead Class Counsel.

10.    Interim Co-Lead Class Counsel must serve a copy of this Order and all future orders promptly by overnight delivery service, facsimile, or other expeditious electronic means on counsel for Plaintiffs in any related action to the extent that Interim Co-Lead Class Counsel are aware of any such action(s) and on all attorneys for Plaintiffs whose cases may subsequently be consolidated with the above actions but who have not yet registered for ECF.

11.    Plaintiffs in the Consolidated Action shall file an operative Consolidated Complaint within 60 days of the date of this Order.

12.    This Order shall apply to any action filed in, transferred to, or removed to this Court which relates to the subject matter at issue in this case and is asserted on behalf of a class or representative action.

**IT IS SO ORDERED.**

**SIGNED** on January 5, 2026.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE